IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| CHELSEA LYNNE POTTER | Case No. 19-60216 |
| Debtor(s). | |
| ERIC HOMA | |
| Plaintiff(s) | |
| v. | |
| NANCY J. GARGULA, UNITED STATES TRUSTEE | |
| Defendant(s). | |

TRANSMITTAL OF WITHDRAWAL OF REFERENCE
TO THE DISTRICT COURT

MOTION FILED IN REFERENCE TO    28 U.S.C. §157(d)

MOTION TO WITHDRAW REFERENCE:

DATE FILED:    October 4. 2019

FILED BY (MOVANT):    Eric Homa

ATTORNEY:    Mark T. Lavery, UpRight Law LLC, 79 W. Monroe, 10th Floor, Chicago, IL 60603

RESPONSE TO MOTION TO WITHDRAW REFERENCE:

DATE DUE:    October 18, 2019

FILED BY (RESPONDENT):    Nancy J. Gargula, United States Trustee

ATTORNEY:    Mark D. Skaggs, Office of the United States Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602

PLEADINGS TRANSMITTED TO DISTRICT COURT:

- ✓ Motion to Withdraw Reference
- ___ Memorandum in Support of Motion to Withdraw Reference
- ✓ Opposition to Motion to Withdraw Reference
- ___ Copy of Bankruptcy Docket Sheet
- ___ Other Pertinent Record: ___

COUNTY OF DEBTOR'S RESIDENCE:    Effingham

```
DATE TRANSMITTED:      October 21, 2019
BY:      /s/ Kathy Hutchens
              Deputy Clerk
```